**888 WEBBER ET AL. vs. CIRCUIT JUDGE (Montcalm), No. 12887½.**

To compel respondent to grant a new trial.

Order to show cause denied June 15, 1892.

A trial had been had and a verdict and judgment for defendant therein, and plaintiff seeks to review the entire trial proceeding by this proceeding.